AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cogan, Brian M. | 2. Court or Organization<br><br>U.S. District Court, ED of NY | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 9: 54 FINANCIAL DISCLOSURE OFFICE

Cogan_Brian_M

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Stroock & Stroock & Lavan LLP, Attorney | $1,044.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Stroock & Stroock & Lavan LLP, Attorney |
| 2. 2008 | Lovells LLP, Attorney |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Raich Ende Malter & Co. LLP | March 14, 2008 | New York, NY | Preparing FDR | Professional Fees |
| 2. Federal Judicial Center | June 25-27, 2008 | Long Beach, California | Nat'l Sentencing Policy | Transportation, meals, hotel |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Visa | Credit Card | J |
| 2. Amex Platinum | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. | Ameritrade Inc. cash account (Y) | | | | | | | | | |
| 3. | Stroock & Stroock & Lavan LLP, Loan Receivable | E | Interest | M | U | | | | | |
| 4. | Housing Programs Limited, Partners, partnership | A | Int./Div. | J | U | | | | | |
| 5. | Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 6. | GMAC Bank (X) | A | Interest | | | Closed | 6/1 | | | see note in Part VIII |
| 7. | Brokerage Accout #1 | | | | | | | | | |
| 8. | - AMB Property Corp. (REIT) (Y) | | | | | | | | | |
| 9. | - Apartment Investment & Management Co., (REIT)(Y) | | | | | | | | | |
| 10. | - Archestone-Smith Trust (REIT)(Y) | | | | | | | | | |
| 11. | - AvalonBay Communities Inc. (REIT)(Y) | | | | | | | | | |
| 12. | - BRE Properties Inc. (REIT)(Y) | | | | | | | | | |
| 13. | - Brandywine Realty Trust (REIT)(Y) | | | | | | | | | |
| 14. | - Camden Property Trust (REIT)(Y) | | | | | | | | | |
| 15. | - Corporate Office Properties Trust, Inc(Y). (REIT) | | | | | | | | | |
| 16. | - Douglas Emmett Inc. (REIT)(Y) | | | | | | | | | |
| 17. | - Equity Office Properties Trust (REIT)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Equity Residential (REIT)(Y) | | | | | | | | | |
| 19. - Essex Property Trust Inc. (REIT)(Y) | | | | | | | | | |
| 20. - Extra Space Storage, Inc. (REIT)(Y) | | | | | | | | | |
| 21. - Federal Realty Investment Trust (REIT)(Y) | | | | | | | | | |
| 22. - Health Care Property Invs Inc. (REIT)(Y) | | | | | | | | | |
| 23. - Macerich Co. (REIT)(Y) | | | | | | | | | |
| 24. - Mack-Cali Realty Corp. (REIT)(Y) | | | | | | | | | |
| 25. - Post Properties Inc. (REIT)(Y) | | | | | | | | | |
| 26. - Prologis SBI ( REIT)(Y) | | | | | | | | | |
| 27. - Public Storage Inc. (formerly Shurgard Storage) (REIT)(Y) | | | | | | | | | |
| 28. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 29. - SL Green Realty Corp. (REIT)(Y) | | | | | | | | | |
| 30. - Simon Property Group Inc. (REIT)(Y) | | | | | | | | | |
| 31. - Starwood Hotels & Resort Worldwide Inc. (REIT)(Y) | | | | | | | | | |
| 32. - Strategic Hotels & Resorts Inc.(formerly Strategic) (Y) | | | | | | | | | |
| 33. - Taubman Centers Inc. (REIT)(Y) | | | | | | | | | |
| 34. - Weingarten Realty Investors (REIT)(Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #2 | | | | | | | | | |
| 36. - Advanced Medical Optics Inc. Stock (common)(Y) | | | | | | | | | |
| 37. -Airtran Holdings Inc.Stock (common)(Y) | | | | | | | | | |
| 38. - Alleghany Corp-Del Stock (common)(Y) | | | | | | | | | |
| 39. - American Equity Investment Life Holding Co. Stock (Y) | | | | | | | | | |
| 40. - Ameristar Casinos Inc. Stock (common)(Y) | | | | | | | | | |
| 41. -Ariba Inc. Stock (common)(Y) | | | | | | | | | |
| 42. -Arris Group Inc. Stock (common)(Y) | | | | | | | | | |
| 43. - Bally Technologies Inc. Stock (common)(Y) | | | | | | | | | |
| 44. - Bankunited Finacial Corp. Stock (common)(Y) | | | | | | | | | |
| 45. - Bebe Stores Inc. Stock (common)(Y) | | | | | | | | | |
| 46. - Bookham Inc. Stock (common)(Y) | | | | | | | | | |
| 47. - Bucyrus Int'l Inc. Stock (sommon)(Y) | | | | | | | | | |
| 48. - Carter's Inc. Stock (common)(Y) | | | | | | | | | |
| 49. - Charter Communications Inc. Stock (common)(Y) | | | | | | | | | |
| 50. - Cheesecake Factory Inc. Stock (common)(Y) | | | | | | | | | |
| 51. - CIENA Corp. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cincinnati Bell Inc. Stock (common)(Y) | | | | | | | | | |
| 53. - Coinstar Inc. Stock (common)(Y) | | | | | | | | | |
| 54. - Comstock Resources Inc. Stock (common )(Y) | | | | | | | | | |
| 55. - Commscope Inc. Stock (common)(Y) | | | | | | | | | |
| 56. - Conseco Inc. Stock (common)(Y) | | | | | | | | | |
| 57. - Continental Airlines Inc. Stock (common) (Y) | | | | | | | | | |
| 58. -Crown Castle Int'l Corp (formerly Global Signal Inc.)(Y) | | | | | | | | | |
| 59. - Dobson Communications Corp. Stock (common)(Y) | | | | | | | | | |
| 60. - DRS Technologies Inc. Stock (common)( Y) | | | | | | | | | |
| 61. - Dynegy Inc. Stock (common)(Y) | | | | | | | | | |
| 62. - Extreme Networks Inc. Stock (common)( Y) | | | | | | | | | |
| 63. - FelCor Lodging Trust Inc. (REIT)(Y) | | | | | | | | | |
| 64. - Finisar Corp. Stock (common)(Y) | | | | | | | | | |
| 65. - Gasco Energy Inc. Stock (common)(Y) | | | | | | | | | |
| 66. - Gaylord Entertainment Co. Stock (common)(Y) | | | | | | | | | |
| 67. - General Cable Corp. Stock (common)(Y) | | | | | | | | | |
| 68. - Genesee & Wyoming Inc. Stock (common) (Y) | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Genesis Healthcare Corp. Stock (common)(Y) | | | | | | | | | |
| 70. - Global Crossing Ltd. Stock (common)(Y) | | | | | | | | | |
| 71. - Grey Wolf Inc. Stock (common)(Y) | | | | | | | | | |
| 72. - Hain Celestial Group Inc. Stock (common)(Y) | | | | | | | | | |
| 73. -Healthextras Inc. Stock (common)(Y) | | | | | | | | | |
| 74. -Herbalife Ltd. Stock (common)(Y) | | | | | | | | | |
| 75. - Helmerich & Payne Inc. Stock (common)(Y) | | | | | | | | | |
| 76. - Investment Technology Group Stock (common)(Y) | | | | | | | | | |
| 77. - Isle of Capri Casinos Inc. Stock (common)(Y) | | | | | | | | | |
| 78. - Kansas City Southern Stock (common)(Y) | | | | | | | | | |
| 79. - Kensey Nash Corp. Stock (common)(Y) | | | | | | | | | |
| 80. - Key Energy Services Inc. Stock (common)(Y) | | | | | | | | | |
| 81. - Lifepoint Hospitals Inc. Stock (common)(Y) | | | | | | | | | |
| 82. - Magellan Health Services Inc. Stock (common)(Y) | | | | | | | | | |
| 83. - Martek Biosciences Corp. Stock (common)(Y) | | | | | | | | | |
| 84. -Matria Healthcare Inc. (common)(Y) | | | | | | | | | |
| 85. - Micros Systems Inc. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Montpelier RE Holdings Ltd. Stock (common)(Y) | | | | | | | | | |
| 87. - National Fin'l Partners Corp. Stock (common)(Y) | | | | | | | | | |
| 88. - NBTY Inc. Stock (common)(Y) | | | | | | | | | |
| 89. - Novell Inc. Stock (common)(Y) | | | | | | | | | |
| 90. - ON Semiconductor Corp. Stock (common)(Y) | | | | | | | | | |
| 91. - Orient Express Hotels Ltd. Stock (common)(Y) | | | | | | | | | |
| 92. - Owens Illinois Inc. Stock (common)(Y) | | | | | | | | | |
| 93. - Pacer International Inc. Stock (common)(Y) | | | | | | | | | |
| 94. - Panera Bread Co. Cl A Stock (common)(Y) | | | | | | | | | |
| 95. - Penn National Gaming Inc. Stock (common)(Y) | | | | | | | | | |
| 96. - PF Changs China Bistro Inc. Stock (common)(Y) | | | | | | | | | |
| 97. - Pinnacle Entertainment Inc. Stock (common)(Y) | | | | | | | | | |
| 98. - PMC-Sierra Inc. Stock (common)(Y) | | | | | | | | | |
| 99. - Powerwave Technologies Inc. Stock (common)(Y) | | | | | | | | | |
| 100. - Progressive Gaming Int'l Corp. Stock (common)(Y) | | | | | | | | | |
| 101. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 102. - Ruby Tuesday Inc. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Savvis Inc. Stock (common)(Y) | | | | | | | | | |
| 104. - SBA Communications Corp. Stock (common)(Y) | | | | | | | | | |
| 105. - Silicon Laboratories Inc. Stock (common)(Y) | | | | | | | | | |
| 106. - Sunrise Senior Living Inc. Stock (common)(Y) | | | | | | | | | |
| 107. - Sunterra Corporation (common)(Y) | | | | | | | | | |
| 108. - Tempur Pedic International Inc. Stock (common)(Y) | | | | | | | | | |
| 109. - Tetra Technologies Inc. Stock (common)(Y) | | | | | | | | | |
| 110. - TODCO Stock (common)(Y) | | | | | | | | | |
| 111. - Trump Entertainment Resorts Inc. Stock (common)(Y) | | | | | | | | | |
| 112. - United Rentals Inc. Stock (common)(Y) | | | | | | | | | |
| 113. - United Surgical Partners Intl Inc. Stock (common)(Y) | | | | | | | | | |
| 114. - U Store It Trust (REIT)(Y) | | | | | | | | | |
| 115. - Urban Outfitters Inc. Stock (common)(Y) | | | | | | | | | |
| 116. -ValueClick Inc.(Common)(Y) | | | | | | | | | |
| 117. - Wabtec Corp. Stock (common)(Y) | | | | | | | | | |
| 118. - Waddell & Reed Financial Inc. Stock (common)(Y) | | | | | | | | | |
| 119. - WPS Resources Corp. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Brokerage Account #3 | | | | | | | | | |
| 121. - Affiliated Computer Services Inc. Stock (common)(Y) | | | | | | | | | |
| 122. - Albemarle Corp. Stock (common)(Y) | | | | | | | | | |
| 123. - American Electric Power Co. Inc. Stock ( common)(Y) | | | | | | | | | |
| 124. - American Standard Companies Inc. Stock ( common)(Y) | | | | | | | | | |
| 125. - Ametek Inc. Stock (common)(Y) | | | | | | | | | |
| 126. - Amphenol Corp. Stock (common)(Y) | | | | | | | | | |
| 127. - Applebee's International Inc. Stock (com mon)(Y) | | | | | | | | | |
| 128. - Arrow Electronics Inc. Stock (common)(Y) | | | | | | | | | |
| 129. - Assurant Inc. Stock (common)(Y) | | | | | | | | | |
| 130. - AutoNation Inc. Stock (common)(Y) | | | | | | | | | |
| 131. - AutoZone Inc. Stock (common)(Y) | | | | | | | | | |
| 132. - Ball Corp. Stock (common)(Y) | | | | | | | | | |
| 133. - W R Berkley Corp. Stock (common)(Y) | | | | | | | | | |
| 134. - Brookfield Properties Corp. Stock (commo n)(Y) | | | | | | | | | |
| 135. - Brown Forman Corp. Stock (common)(Y) | | | | | | | | | |
| 136. - Cablevision Systems Corp. Stock (comm on)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $5,000,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M.      - | 05 15 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Carlisle Companies Inc. Stock (common )(Y) | | | | | | | | | |
| 138. - Centurytel Inc. Stock (common)(Y) | | | | | | | | | |
| 139. - Cincinnati Financial Corp. Stock (common )(Y) | | | | | | | | | |
| 140. -Clear Channel Outdoor Holdings Inc.Stock (common)(Y) | | | | | | | | | |
| 141. - Clear Channel Communications Inc. Stock (common)(Y) | | | | | | | | | |
| 142. - Clorox Co. Stock (common)(Y) | | | | | | | | | |
| 143. - Columbia Sportswear Co. Stock (common )(Y) | | | | | | | | | |
| 144. -Compass Bancshares Inc Stock.(common)( Y) | | | | | | | | | |
| 145. - Community Health System Inc. Stock (C ommon)(Y) | | | | | | | | | |
| 146. - Constellation Brands Inc. Stock (common) (Y) | | | | | | | | | |
| 147. - Coventry Health Care Inc. Stock (comm on)(Y) | | | | | | | | | |
| 148. - Crane Co. Stock (common)(Y) | | | | | | | | | |
| 149. - Cullen/ Frost Bankers Inc. Stock (common )(Y) | | | | | | | | | |
| 150. - Dean Foods Co. Stock (common)(Y) | | | | | | | | | |
| 151. - Del Monte Foods Co. Stock (common)(Y) | | | | | | | | | |
| 152. - Devon Energy Corporation Stock (commo n)(Y) | | | | | | | | | |
| 153. - Dover Corp. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

A = $1,000 or less
F = $50,001 - $100,000
J = $15,000 or less
N = $250,001 - $500,000
P3 = $25,000,001 - $50,000,000
Q = Appraisal
U = Book Value

B = $1,001 - $2,500
G = $100,001 - $1,000,000
K = $15,001 - $50,000
O = $500,001 - $1,000,000

R = Cost (Real Estate Only)
V = Other

C = $2,501 - $5,000
H1 = $1,000,001 - $5,000,000
L = $50,001 - $100,000
P1 = $1,000,001 - $5,000,000
P4 = More than $50,000,000
S = Assessment
W = Estimated

D = $5,001 - $15,000
H2 = More than $5,000,000
M = $100,001 - $250,000
P2 = $5,000,001 - $25,000,000

T = Cash Market

E = $15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - E Trade Financial Corporation Stock (common)(Y) | | | | | | | | | |
| 155. - Energen Corp. Stock (common)(Y) | | | | | | | | | |
| 156. - Energy East Corporation Stock (common)(Y) | | | | | | | | | |
| 157. - Everest RE Group Ltd. Stock (common)(Y) | | | | | | | | | |
| 158. - Federated Department Stores Inc. Stock (common)(Y) | | | | | | | | | |
| 159. - Firstenergy Corp. Stock (common)(Y) | | | | | | | | | |
| 160. - Forest City Enterprises Inc. Stock (common)(Y) | | | | | | | | | |
| 161. - Fortune Brands Inc. Stock (common)(Y) | | | | | | | | | |
| 162. - Genuine Parts Co. Stock (common)(Y) | | | | | | | | | |
| 163. - Harsco Corp. Stock (common)(Y) | | | | | | | | | |
| 164. - Helix Energy Solutions Group Inc. Stock (common)(Y) | | | | | | | | | |
| 165. -Henry Schein Inc. Stock (common)(Y) | | | | | | | | | |
| 166. - Hilton Hotels Corp. Stock (common)(Y) | | | | | | | | | |
| 167. - Istar Financial Inc. Stock (common)(Y) | | | | | | | | | |
| 168. - Interactive Data Corp. Stock (common)(Y) | | | | | | | | | |
| 169. - IPC Holdings Ltd. Stock (common)(Y) | | | | | | | | | |
| 170. -Jarden Corporation (common)(Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Jabil Circuit Inc. Stock (common)(Y) | | | | | | | | | |
| 172. - Kinder Morgan Inc. Stock (common)(Y) | | | | | | | | | |
| 173. - Estee Lauder Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 174. - Limited Brands Inc. Stock (common)(Y) | | | | | | | | | |
| 175. - M & T Bank Corp. Stock (common)(Y) | | | | | | | | | |
| 176. - MGIC Investment Corp. Stock (common)(Y) | | | | | | | | | |
| 177. - McClatchy Co-Cl A Stock (common)(Y) | | | | | | | | | |
| 178. - Mueller Water Products Inc. Stock (common)(Y) | | | | | | | | | |
| 179. - NCR Corp. Stock (common)(Y) | | | | | | | | | |
| 180. - Norfolk Southern Corp. Stock (common) (Y) | | | | | | | | | |
| 181. - Northern Trust Corp. Stock (common)(Y) | | | | | | | | | |
| 182. - Old Republic International Corp. Stock (common)(Y) | | | | | | | | | |
| 183. -One Beacon Insurance Group LTD CL A Stock(common)(Y) | | | | | | | | | |
| 184. - Omnicare Inc. Stock (common)(Y) | | | | | | | | | |
| 185. - OSI Restaurant (formnOutback Steakhouse Inc. Stock (Y) | | | | | | | | | |
| 186. - PG&E Corp. Stock (common)(Y) | | | | | | | | | |
| 187. -Plum Creek Time Co. Inc Stock (common) (Y) | | | | | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - PPG Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 189. - PPL Corporation Stock (common)(Y) | | | | | | | | | |
| 190. - T. Rowe Price Group, Inc. Stock (common)(Y) | | | | | | | | | |
| 191. - Principal Financial Group Inc. Stock (common)(Y) | | | | | | | | | |
| 192. - Quest Diagnostics Inc. Stock (common)(Y) | | | | | | | | | |
| 193. - Questar Corp. Stock (common)(Y) | | | | | | | | | |
| 194. - Rayonier Inc. Stock (common)(Y) | | | | | | | | | |
| 195. - Republic Services Inc. Stock (common)(Y) | | | | | | | | | |
| 196. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 197. - Safeco Corp. Stock (common)(Y) | | | | | | | | | |
| 198. - SCANA Corporation Stock (common)(Y) | | | | | | | | | |
| 199. - Sigma-Aldrich Corp. Stock (common)(Y) | | | | | | | | | |
| 200. - Supervalu Inc. Stock (common)(Y) | | | | | | | | | |
| 201. - Synovus Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 202. - TCF Finanial Corp. Stock (common)(Y) | | | | | | | | | |
| 203. -Teekay Corporaton Marshall Island Stock (common)(Y) | | | | | | | | | |
| 204. - TJX Companies Inc. Stock (common)(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Telephone and Data Systems Inc. Stock (common)(Y) | | | | | | | | | |
| 206. - Tiffany & Co. Stock (common)(Y) | | | | | | | | | |
| 207. - UGI Corp Holding Co. Stock (common)(Y) | | | | | | | | | |
| 208. - V F Corp. Stock (common)(Y) | | | | | | | | | |
| 209. - Vornado Realty Trust (REIT)(Y) | | | | | | | | | |
| 210. - Vulcan Materials Co. Stock (common)(Y) | | | | | | | | | |
| 211. - Wachovia Corporation Stock (common) (Y) | | | | | | | | | |
| 212. - Walter Industries Inc. New Stock (common)(Y) | | | | | | | | | |
| 213. - Warner Chilcott Ltd. Stock (common)(Y) | | | | | | | | | |
| 214. - Webster Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 215. - Westar Energy Inc. Stock (common)(Y) | | | | | | | | | |
| 216. - Williams Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 217. - Wilmington Trust Corp. Stock (common)(Y) | | | | | | | | | |
| 218. - Windstream Corp. Stock (common)(Y) | | | | | | | | | |
| 219. - Zions Bancorporation Stock (common)(Y) | | | | | | | | | |
| 220. Brokerage Account #4 | | | | | | | | | |
| 221. - Adobe Systems Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - American Electric Power Co. Inc. Stock (common)(Y) | | | | | | | | | |
| 223. - Bank of America Corp. Stock (common)(Y) | | | | | | | | | |
| 224. - BJ Services Co. Stock (common)(Y) | | | | | | | | | |
| 225. - Becton Dickinson & Co. Stock (common)(Y) | | | | | | | | | |
| 226. - Capital One Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 227. - Centex Corp. Stock (common)(Y) | | | | | | | | | |
| 228. - Cisco Systems Inc. Stock (common)(Y) | | | | | | | | | |
| 229. - Coach Inc. Stock (common)(Y) | | | | | | | | | |
| 230. - ConocoPhillips Stock (common)(Y) | | | | | | | | | |
| 231. - Countrywide Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 232. - C R Bard Inc. Stock (common)(Y) | | | | | | | | | |
| 233. - FedEx Corp. Stock (common)(Y) | | | | | | | | | |
| 234. - Fiserv Inc. Stock (common)(Y) | | | | | | | | | |
| 235. - Gap Inc. Stock (common)(Y) | | | | | | | | | |
| 236. - Harley Davidson Inc. Stock (common)(Y) | | | | | | | | | |
| 237. - ITT Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 238. - Johnson Controls Inc. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Kellogg Co. Stock (common)(Y) | | | | | | | | | |
| 240.  - L-3 Communications Holdings Inc. Stock (common)(Y) | | | | | | | | | |
| 241.  - Laboratory Corp. Stock (Common)(Y) | | | | | | | | | |
| 242.  - Legg Mason Inc. Stock (common)(Y) | | | | | | | | | |
| 243.  -Limited Brands Inc. Stock (common)(Y) | | | | | | | | | |
| 244.  - M & T Bank Corp. Stock (common)(Y) | | | | | | | | | |
| 245.  - Maxim Integrated Products Inc. Stock (common)(Y) | | | | | | | | | |
| 246.  - McDonald's Corp. Stock (common)(Y) | | | | | | | | | |
| 247.  - Mcgraw Hill Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 248.  - Merrill Lynch & Co. Inc. Stock (Common)(Y) | | | | | | | | | |
| 249.  - Nike Inc. Stock (common)(Y) | | | | | | | | | |
| 250.  - Oracle Corp. Stock (common)(Y) | | | | | | | | | |
| 251.  - PPL Corporation Stock (common)(Y) | | | | | | | | | |
| 252.  - Pepsico Inc. Stock (common)(Y) | | | | | | | | | |
| 253.  - Pfizer Inc. Stock (common)(Y) | | | | | | | | | |
| 254.  - Praxair Inc. Stock (common)(Y) | | | | | | | | | |
| 255.  - Precision Castparts Corp. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                         P4 = More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)           U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Procter & Gamble Co. Stock (common)(Y) | | | | | | | | | |
| 257. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 258. - Rockwell Automation Inc. Stock (common)(Y) | | | | | | | | | |
| 259. -Rockwell Collins Inc. Stock (common)(Y) | | | | | | | | | |
| 260. - Staples Inc. Stock (common)(Y) | | | | | | | | | |
| 261. - Starbucks Corp. Stock (common)(Y) | | | | | | | | | |
| 262. - SLM Corporation Stock (Common)(Y) | | | | | | | | | |
| 263. - 3M Company Stock (common)(Y) | | | | | | | | | |
| 264. - Target Corp. Stock (common)(Y) | | | | | | | | | |
| 265. - Thermo Fisher Scientific Inc. Stock (common)(Y) | | | | | | | | | |
| 266. - Unitedhealth Group Inc. Stock (common)(Y) | | | | | | | | | |
| 267. - Valero Energy Corp. Stock (common)(Y) | | | | | | | | | |
| 268. - Verizon Communications Inc. Stock (common) | | | | | | | | | |
| 269. - XTO Energy Inc. Stock (common)(Y) | | | | | | | | | |
| 270. Brokerage Account #5 | | | | | | | | | |
| 271. - ACE Ltd. Stock (common)(Y) | | | | | | | | | |
| 272. - Allstate Corp. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Altria Group Inc. Stock (common)(Y) | | | | | | | | | |
| 274. - Amgen Inc. Stock (common)(Y) | | | | | | | | | |
| 275. - Archer-Daniels-Midland Co. Stock (common)(Y) | | | | | | | | | |
| 276. - AT&T Inc. Stock (common)(Y) | | | | | | | | | |
| 277. - Baker Hughes Inc. Stock (common)(Y) | | | | | | | | | |
| 278. - Barr Pharmaceuticals Inc. Stock (common)(Y) | | | | | | | | | |
| 279. - BJ Services Co. Stock (common)(Y) | | | | | | | | | |
| 280. - Bank of America Corp. Stock (common)(Y) | | | | | | | | | |
| 281. - CIGNA Corp. Stock (common)(Y) | | | | | | | | | |
| 282. - CVS Corp. Stock (common)(Y) | | | | | | | | | |
| 283. - Cadence Design Systems Inc. Stock (common)(Y) | | | | | | | | | |
| 284. - Chevron Corporation Stock (common)(Y) | | | | | | | | | |
| 285. - Conagra Foods Inc. Stock (common)(Y) | | | | | | | | | |
| 286. - Conseco Inc. Stock (Common)(Y) | | | | | | | | | |
| 287. - DirecTV Group Inc. Stock (common)(Y) | | | | | | | | | |
| 288. - Eaton Corp. Stock (common)(Y) | | | | | | | | | |
| 289. - El Paso Corporation Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Flextronics International Ltd. Stock (common)(Y) | | | | | | | | | |
| 291. - Globalsantafe Corp. Stock (common)(Y) | | | | | | | | | |
| 292. - Halliburton Co. Stock (common)(Y) | | | | | | | | | |
| 293. - Home Depot Inc. Stock (common)(Y) | | | | | | | | | |
| 294. - Illinois Tool Works Inc. Stock (common)(Y) | | | | | | | | | |
| 295. - Infineon Technologies AG Stock (common)(Y) | | | | | | | | | |
| 296. - ING Groep NV Stock (common)(Y) | | | | | | | | | |
| 297. - Intel Corp. Stock (common)(Y) | | | | | | | | | |
| 298. - Interpublic Group of Cos Inc. Stock (common)(Y) | | | | | | | | | |
| 299. - Limited Brands Inc. Stock (common)(Y) | | | | | | | | | |
| 300. - MBIA Inc. Stock (common)(Y) | | | | | | | | | |
| 301. - Microsoft Corp. Stock (common)(Y) | | | | | | | | | |
| 302. -Qimoda AG Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 303. - Realogy Corporation (formerly Cendant Corp) Stock (Y) | | | | | | | | | |
| 304. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 305. - Sanofi Aventis Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 306. - Sysco Corp. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Target Corp. Stock (common)(Y) | | | | | | | | | |
| 308.  - US Bancorp - DEL Stock (common)(Y) | | | | | | | | | |
| 309.  - WPP Group PLC American Stock (common)(Y) | | | | | | | | | |
| 310.  - Washington Mutual Inc. Stock (common)(Y) | | | | | | | | | |
| 311.  - Western Union Co. Stock (common)(Y) | | | | | | | | | |
| 312.  - Wyeth Stock (common)(Y) | | | | | | | | | |
| 313.  - Wyndham Worldwide Corp (Formerly Cendant ) Stock (Y) | | | | | | | | | |
| 314.  Brokerage Account #6 | | | | | | | | | |
| 315.  - Altria Group Inc. Stock (common)(Y) | | | | | | | | | |
| 316.  - American Express Company Stock (common)(Y) | | | | | | | | | |
| 317.  - American International Group Inc. Stock (common)(Y) | | | | | | | | | |
| 318.  - Ameriprise Financial Stock (common)(Y) | | | | | | | | | |
| 319.  - Aon Corp. Stock (common)(Y) | | | | | | | | | |
| 320.  - Berkshire Hathaway Inc. Stock (common)(Y) | | | | | | | | | |
| 321.  - H & R Block Inc. Stock (common)(Y) | | | | | | | | | |
| 322.  - Cardinal Health Inc. Stock (common)(Y) | | | | | | | | | |
| 323.  - Caremark Rx Inc. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Citigroup Inc. Stock (common)(Y) | | | | | | | | | |
| 325. - Comcast CL A SPCL Stock (common)(Y) | | | | | | | | | |
| 326. - ConocoPhillips Stock (common)(Y) | | | | | | | | | |
| 327. - Costco Wholesale Corp. Stock (common )(Y) | | | | | | | | | |
| 328. - Dell Inc. Stock (common)(Y) | | | | | | | | | |
| 329. - Devon Energy Corporation Stock (common)(Y) | | | | | | | | | |
| 330. - Diageo PLC Stock (common)(Y) | | | | | | | | | |
| 331. - EOG Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 332. - HSBC Holdings PLC Stock (common)(Y) | | | | | | | | | |
| 333. - Harley Davidson Inc. Stock (common)(Y) | | | | | | | | | |
| 334. - Hershey Company Stock (common)(Y) | | | | | | | | | |
| 335. - Iron Mountain Inc. Stock (common)(Y) | | | | | | | | | |
| 336. - JPMorgan Chase & Co. Stock (common )(Y) | | | | | | | | | |
| 337. - Loews Corp. Stock (common)(Y) | | | | | | | | | |
| 338. - Microsoft Corp. Stock (common)(Y) | | | | | | | | | |
| 339. - Moody's Corp. Stock (common)(Y) | | | | | | | | | |
| 340. - News Corporation Cl A Stock (common)( Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Occidental Petroleum Corp. Stock (common)(Y) | | | | | | | | | |
| 342. - Procter & Gamble Co. Stock (common)(Y) | | | | | | | | | |
| 343. - Progressive Corp. Stock (common)(Y) | | | | | | | | | |
| 344. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 345. - Sealed Air Corp. Stock (common)(Y) | | | | | | | | | |
| 346. - Sprint Nextel Corporation Stock (common) (Y) | | | | | | | | | |
| 347. - Transatlantic Holdings Inc. Stock (common)(Y) | | | | | | | | | |
| 348. - Transocean Inc. Stock (common)(Y) | | | | | | | | | |
| 349. - Tyco International Ltd. Stock (common)(Y) | | | | | | | | | |
| 350. - Unitedhealth Group Inc. Stock (common )(Y) | | | | | | | | | |
| 351. - Vulcan Materials Co. Stock (common)(Y) | | | | | | | | | |
| 352. - Wal-Mart Stores Inc. Stock (common)(Y) | | | | | | | | | |
| 353. - Wachovia Corporation Stock (common)(Y) | | | | | | | | | |
| 354. - Wells Fargo & Co. Stock (common)(Y) | | | | | | | | | |
| 355. Brokerage Account #7 | | | | | | | | | |
| 356. - Alliance Boots PLC Stock (common)(formerly Boots Group)(Y) | | | | | | | | | --- |
| 357. - Amcor Ltd. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. - BG PLC ADR Stock (common)(Y) | | | | | | | | | |
| 359. - BP PLC Stock (common)(Y) | | | | | | | | | |
| 360. - BNP Paribas sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 361. - Banco Santander Central Hispano SA Stock (common)(Y) | | | | | | | | | |
| 362. - Bayer AG Stock (common)(Y) | | | | | | | | | |
| 363. - Canon Inc. Stock (common)(Y) | | | | | | | | | |
| 364. - Deutsche Telekom AG Stock (common)(Y) | | | | | | | | | |
| 365. - Fortis NL SP ADR New Stock (common)(Y) | | | | | | | | | |
| 366. - Fosters Group Ltd. Stock (common)(Y) | | | | | | | | | |
| 367. - GlaxoSmithKline plc Stock (common)(Y) | | | | | | | | | |
| 368. - HBOS PLC Stock (common)(Y) | | | | | | | | | |
| 369. - Hitachi Ltd. Stock (common)(Y) | | | | | | | | | |
| 370. - HongKong Electric HL Stock (common)(Y) | | | | | | | | | |
| 371. - ING Groep NV Stock (common)(Y) | | | | | | | | | |
| 372. - Kao Corp. SP Stock (common)(Y) | | | | | | | | | |
| 373. - Lloyds TSB Group plc Stock (common)(Y) | | | | | | | | | |
| 374. - Millea Holdings Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - National Australia Bank Ltd. Stock (common)(Y) | | | | | | | | | |
| 376. - National Grid plc Stock (common)(Y) | | | | | | | | | |
| 377. - Nippon Telegraph & Telephone Corp. Stock (common)(Y) | | | | | | | | | |
| 378. - RWE AG Stock (common)(Y) | | | | | | | | | |
| 379. - Reed Elsevier NV Stock (common)(Y) | | | | | | | | | |
| 380. - Reserve Fund Primary Fund(Y) | | | | | | | | | |
| 381. - Rio Tinto plc Stock (common)(Y) | | | | | | | | | |
| 382. - Royal Dutch Shell Stock (common)(Y) | | | | | | | | | |
| 383. - Sasol Ltd. Stock (common)(Y) | | | | | | | | | |
| 384. - Societe Generale Stock (common)(Y) | | | | | | | | | |
| 385. - Stora Enso Corp. Stock (common)(Y) | | | | | | | | | |
| 386. - Telecom Corp. of New Zealand Ltd. Stock (common)(Y) | | | | | | | | | |
| 387. - Telefonica SA Stock (common)(Y) | | | | | | | | | |
| 388. - Telstra Corporation Ltd. Stock (common)(Y) | | | | | | | | | |
| 389. - Total S.A. Stock (common)(Y) | | | | | | | | | |
| 390. - Toyota Motor Corp. Stock (common)(Y) | | | | | | | | | |
| 391. - Unilever PLC Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. - UPM-Kymmene Corp. Stock (common)(Y) | | | | | | | | | |
| 393. - United Overseas Bank Ltd. Stock (common)(Y) | | | | | | | | | |
| 394. Brokerage Account #8 | | | | | | | | | |
| 395. - JP Morgan TR I NY Muni Money MKT Fund | B | Dividend | N | T | Open | 10/1 | N | | |
| 396. - Bear Stearns New York Money Fund Private Client Shares | B | Dividend | | | Closed | 10/1 | N | | |
| 397. - Dormitory Authority of NY | A | Interest | | | Redeemed | 6/13 | K | | |
| 398. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 399. - Metropolitan Transn Auth NY Rev RFDG-Ser B-1 | A | Interest | | | Sold | 11/4 | K | | |
| 400. -New York ST DORM AUTH INSD ST JOHN'S UNIV-B-1 INT | C | Interest | | | Sold | 8/22 | L | | |
| 401. -New York NY City Trans ATH MTA & TBA CTFS PARTN SUBSER | A | Interest | | | Sold | 5/20 | K | | |
| 402. - New York NY G/O Subser G-4 Fund | A | Interest | | | Sold | 1/30 | M | | |
| 403. - New York St Urban Dev Corp (Y) | | | | | | | | | |
| 404. Brokerage Account #9 | | | | | | | | | |
| 405. - Causeway International Value Fund | | | | | Sold | 3/6 | J | | |
| 406. - Davis New York Venture Fund Inc. | | | | | Sold | 3/6 | J | A | |
| 407. - Harbor Small Cap Value Fund | | | | | Sold | 3/6 | J | | |
| 408. - DJ Wilshire Reit ETF Fund (Formerly Street track)(Y) | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Ishares Barclays 1-3 Yr Treasury Bond (1 shares Lehman) | A | Dividend | | | Sold | 3/6 | J | A | see note in Part VIII |
| 410. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | | | Sold | 3/6 | J | A | |
| 411. - Ishares Russell Midcap Index Fund (ETFS) | A | Dividend | | | Sold | 3/6 | J | A | |
| 412. - Ishares Trust Russell 2000 Growth Index Fund | A | Dividend | | | Sold | 3/6 | J | A | |
| 413. - PIMCO High Yield Fund Cl A | A | Dividend | | | Sold | 2/11 | J | | |
| 414. - Reserve Fund Primary Fund Treasury Cl ass | A | Dividend | | | Closed | 10/1 | J | | |
| 415. - JP Morgan TR I Prime Money Market | A | Dividend | J | T | Open | 10/1 | J | | |
| 416. - SPDR Ser TR DJ Wilshire (formerly Street TRACKS )(Y) | | | | | | | | | |
| 417. - Touchstone Sands Capital Select Growth Fund CL Z | | None | | | Sold | 2/7 | J | A | |
| 418. Brokerage Account #10 | | | | | | | | | |
| 419. - Causeway International Value Fund | A | Dividend | J | T | | | | | |
| 420. - Touchstone Sands Capital Select Growth Fund CL Z | | None | J | T | | | | | |
| 421. - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 422. - Harbor Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 423. - Ishares Trust 1-3 Yr Treasury Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 424. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 425. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 427. - PIMCO High Yield Fund Cl A | A | Dividend | J | T | | | | | |
| 428. - Reserve Fund Primary Fund Treasury Cl ass | C | Dividend | J | T | | | | | |
| 429. - SPDR Ser TR DJ Wilshire (formerly street TRACKS Wilshire) | A | Dividend | J | T | | | | | |
| 430. Brokerage Account #11 | | | | | | | | | |
| 431. - Affiliated Computer Services Inc. Stock (common)(Y) | | | | | | | | | |
| 432. - Allied Waste Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 433. - American Tower Corp. Stock (common)(Y) | | | | | | | | | |
| 434. - Astoria Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 435. - Autodesk Inc. Stock (common)(Y) | | | | | | | | | |
| 436. - Avaya Inc. Stock (common)(Y) | | | | | | | | | |
| 437. - C R Bard Inc. Stock (common)(Y) | | | | | | | | | |
| 438. - Barr Pharmaceuticals Inc. Stock (common)(Y) | | | | | | | | | |
| 439. - Beckman Coulter Inc. Stock (common)(Y) | | | | | | | | | |
| 440. - Biomet Inc. Stock (common)(Y) | | | | | | | | | |
| 441. - Boston Properties Inc. Stock (common)(Y) | | | | | | | | | |
| 442. - Brinker International Inc. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Chesapeake Energy Corp. Stock (common)(Y) | | | | | | | | | |
| 444. - Choicepoint Inc. Stock (common)(Y) | | | | | | | | | |
| 445. - CIT Group Inc. Stock (common)(Y) | | | | | | | | | |
| 446. - Countrywide Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 447. - Cooper Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 448. - Corning Inc. Stock (common)(Y) | | | | | | | | | |
| 449. - Covance Inc. Stock (common)(Y) | | | | | | | | | |
| 450. - Coventry Health Care Inc. Stock (common)(Y) | | | | | | | | | |
| 451. - CSX Corp. Stock (common)(Y) | | | | | | | | | |
| 452. - Cummins Inc. Stock (common)(Y) | | | | | | | | | |
| 453. - Darden Restaurants Inc. Stock (common)(Y) | | | | | | | | | |
| 454. - D R Horton Inc. Stock (common)(Y) | | | | | | | | | |
| 455. - Eastman Chemical Co. Stock (common)(Y) | | | | | | | | | |
| 456. - Eaton Vance Corp. Stock (common)(Y) | | | | | | | | | |
| 457. - A G Edwards Inc. Stock (common)(Y) | | | | | | | | | |
| 458. - Express Scripts Inc. Stock (common)(Y) | | | | | | | | | |
| 459. - Flextronics International Ltd. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - GATX Corp. Stock (common)(Y) | | | | | | | | | |
| 461. - General Dynamics Corp. Stock (common) (Y) | | | | | | | | | |
| 462. -Global Payments Inc. Stock (common) (Y) | | | | | | | | | |
| 463. - Guitar Center Inc. Stock (common)(Y) | | | | | | | | | |
| 464. - Harman International Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 465. - Harris Corp. Stock (common)(Y) | | | | | | | | | |
| 466. - Harsco Corp. Stock (common)(Y) | | | | | | | | | |
| 467. - Houston Exploration Co. Stock (common)(Y) | | | | | | | | | |
| 468. - Hovnanian Enterprises Inc. Stock (common)(Y) | | | | | | | | | |
| 469. - Int'l Game Technology Stock (common)(Y) | | | | | | | | | |
| 470. - International Rectifier Corp. Stock (common)(Y) | | | | | | | | | |
| 471. - Jefferies Group Inc. Stock (common)(Y) | | | | | | | | | |
| 472. - Keyspan Stores Inc. Stock (common)(Y) | | | | | | | | | |
| 473. - Newfield Exploration Co. Stock (common)(Y) | | | | | | | | | |
| 474. - Pioneer Natural Resources Co. Stock (common)(Y) | | | | | | | | | |
| 475. - Protective Life Corp. Stock (common)(Y) | | | | | | | | | |
| 476. - Pulte Homes Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - Raymond James Financial Inc. Stock (common)(Y) | | | | | | | | | |
| 478. - Republic Services Inc. Stock (common)(Y) | | | | | | | | | |
| 479. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund(Y) | | | | | | | | | |
| 480. - Scientific Games Corp. Stock (common) (Y) | | | | | | | | | |
| 481. - Scotts Miracle-Gro Co. Stock (common) (Y) | | | | | | | | | |
| 482. -Snap-On Inc. Stock (common)(Y) | | | | | | | | | |
| 483. - TJX Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 484. - Union Pacific Corp. Stock (common)(Y) | | | | | | | | | |
| 485. -Valspar Corp Stock (Common) (Y) | | | | | | | | | |
| 486. - WPS Resources Corp. Stock (common)(Y) | | | | | | | | | |
| 487. - XTO Energy Inc. Stock (common)(Y) | | | | | | | | | |
| 488. - Yum Brands Inc. Stock (common)(Y) | | | | | | | | | |
| 489. Brokerage Account #12 | | | | | | | | | |
| 490. -Alaska Communications System Group Inc. Stock (common)(Y) | | | | | | | | | |
| 491. - American Campus Communities Inc. Stock (common)(Y) | | | | | | | | | |
| 492. - Arrow International Inc. Stock (common)(Y) | | | | | | | | | |
| 493. - Bank of the Ozarks Inc. Stock (common)(Y) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Blackbaud Inc. Stock (common)(Y) | | | | | | | | | |
| 495. - Cabot Corp. Stock (common)(Y) | | | | | | | | | |
| 496. - Cedar Fair LP. Stock (common)(Y) | | | | | | | | | |
| 497. - Cleco Corp Hldgs New Stock (common)(Y) | | | | | | | | | |
| 498. - Clarcor Inc. Stock (common)(Y) | | | | | | | | | |
| 499. - Cognex Corp. Stock (common)(Y) | | | | | | | | | |
| 500. - Cohu Inc. Stock (common)(Y) | | | | | | | | | |
| 501. - Computer Programs & Systems Inc. Stock (common)(Y) | | | | | | | | | |
| 502. - Cooper Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 503. - Cousins Properties Inc. Stock (common)(Y) | | | | | | | | | |
| 504. - Deluxe Corp. Stock (common)(Y) | | | | | | | | | |
| 505. - East West Bancorp Inc. Stock (common)(Y) | | | | | | | | | |
| 506. - Entegris Inc. Stock (common)(Y) | | | | | | | | | |
| 507. - Epicor Software Corp. Stock (common)(Y) | | | | | | | | | |
| 508. - Hibbett Sporting Goods Inc. Stock (common)(Y) | | | | | | | | | |
| 509. - HMS Holdings Corp. Stock (common)(Y) | | | | | | | | | |
| 510. -Inter Tel Inc. Stock (common)(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - K & F Industries Holdings Inc. Stock (common)(Y) | | | | | | | | | |
| 512. - Life Time Fitness Inc. Stock (common)(Y) | | | | | | | | | |
| 513. - Landauer Inc. Stock (common)(Y) | | | | | | | | | |
| 514. - Lojack Corp. Stock (common)(Y) | | | | | | | | | |
| 515. - Matthews International Corp. Stock (common)(Y) | | | | | | | | | |
| 516. - Meridian Bioscience Inc. Stock (common)(Y) | | | | | | | | | |
| 517. - Middleby Corp. Stock (common)(Y) | | | | | | | | | |
| 518. - National Finl Partners Corp. Stock (common)(Y) | | | | | | | | | |
| 519. - Natural Resource Partners LP. (PTP)(Y) | | | | | | | | | |
| 520. - Newport Corp. Stock (common)(Y) | | | | | | | | | |
| 521. - O Reilly Automotive Inc. Stock (common)(Y) | | | | | | | | | |
| 522. - Performance Food Group Co. Stock (common)(Y) | | | | | | | | | |
| 523. - Proassurance Corp. Stock (common)(Y) | | | | | | | | | |
| 524. - Ralcorp Holdings Inc. Stock (common)(Y) | | | | | | | | | |
| 525. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund(Y) | | | | | | | | | |
| 526. - Respironics Inc. Stock (common)(Y) | | | | | | | | | |
| 527. - Ritchie Bros Auctioneers Inc. Stock (common)(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Signature Bank Stock (common)(Y) | | | | | | | | | |
| 529. - Stericycle Inc. Stock (common)(Y) | | | | | | | | | |
| 530. - St Mary Land & Exploration Co. Stock (common)(Y) | | | | | | | | | |
| 531. - Standard Pacific Corp. Stock (common)(Y) | | | | | | | | | |
| 532. - Thor Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 533. - Toro Co. Stock (common)(Y) | | | | | | | | | |
| 534. - Tractor Supply Co. Stock (common)(Y) | | | | | | | | | |
| 535. - Tupperware Brands Corporation Stock (common)(Y) | | | | | | | | | |
| 536. - Umpqua Hldgs Corp. Stock (common)(Y) | | | | | | | | | |
| 537. - Universal Compression Hldgs Inc. Stock (common)(Y) | | | | | | | | | |
| 538. - Universal Forest Products Inc. Stock (common)(Y) | | | | | | | | | |
| 539. - Williams Partners LP (PTP)(Y) | | | | | | | | | |
| 540. Brokerage Account #13 | | | | | | | | | |
| 541. - UBS AG Stock (common)(Y) | | | | | | | | | |
| 542. - ABN Amro Holding NV Stock (common)(Y) | | | | | | | | | |
| 543. - Adecco SA-sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 544. - AXA UAP-sponsored ADR (Formerly AXA SA) Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. - BG PLC ADR Final Stock (common)(Y) | | | | | | | | | |
| 546. - BNP Paribas Sponsored ADR Repstg Stock (common)(Y) | | | | | | | | | |
| 547. - Banco Bilbao Vizcaya Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 548. - Barclays PLC- ADR Stock (common)(Y) | | | | | | | | | |
| 549. - BHP Billiton Ltd. Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 550. - British American Tobacco PLC Sponsored ADR Stock (Y) | | | | | | | | | |
| 551. - Canon Inc ADR Stock (common)(Y) | | | | | | | | | |
| 552. - Companhia Vale Do Rio Doce Sponsored ADR Stock (Y) | | | | | | | | | |
| 553. - ENI SPA Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 554. - E On AG Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 555. - Eisai Co. Ltd -Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 556. - Ericsson L M Tel Co ADR Stock (common)(Y) | | | | | | | | | |
| 557. - Fomento EconmicoMexicano SA Sponsored ADR Stock (Y) | | | | | | | | | |
| 558. - Fortis NL Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 559. - Glaxosmithkline PLC Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 560. - HSBC Holdings PLC Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 561. - Honda Motor Co. Ltd- ADR Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Hoya Corp Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 563. - ING Groep NV Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 564. - Ireland Bank Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 565. - Koninklijke Philips Electrs Sponsored ADR Stock (Y) | | | | | | | | | |
| 566. - Lafarge Sponsored ADR Stock (common) (Y) | | | | | | | | | |
| 567. - Mitsubishi Corp Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 568. - Mitsubishi Estate Co Ltd ADR Stock (common)(Y) | | | | | | | | | |
| 569. - Mitsubishi UFJ Finl Group Sponsored ADR Stock (common(Y) | | | | | | | | | |
| 570. - National Grid PLC Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 571. - Nestle SA Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 572. - News Corporation Cl B Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 573. - Nidec Corp Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 574. - Nikko Cordial Corp ADR Stock (common)(Y) | | | | | | | | | |
| 575. -Nissian Motor Co Ltd Stock (common)(Y) | | | | | | | | | |
| 576. - Nokia Corp Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 577. - Novartis AG Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 578. - Petroleo Brasileiro Petrobra Sponsored ADR Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Reed Elsevier NV Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 580. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund(Y) | | | | | | | | | |
| 581. - Roche Holding Ltd Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 582. - Sanofi Aventis Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 583. - SAP Aktiengesellschaft Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 584. - Siemens AG Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 585. - Smith & Nephew PLC Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 586. - Sony Corp- ADR Stock (common)(Y) | | | | | | | | | |
| 587. - Sumitomo Mitsui Financial Group Inc ADR Stock (common)(Y) | | | | | | | | | |
| 588. - Tesco PLC Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 589. - Total SA ADR Stock (common)(Y) | | | | | | | | | |
| 590. - Vodafone Group PLC New Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 591. - WPP PLC ADR Stock (common)(Y) | | | | | | | | | |
| 592. - Wolseley PLC Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 593. - Wolters Kluwer NV Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 594. - Zurich Financial Services Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 595. Brokerage Account #14 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. - Bear Stearns NY Money Fund | A | Dividend | | | Closed | 10/1 | K | | |
| 597. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | K | T | Open | 10/1 | K | | |
| 598. - New York City Prin M-Raes 8% 8/1/07 Bond(Y) | | | | | | | | | |
| 599. Brokerage Account #15 | | | | | | | | | |
| 600. - New York City Prin M-Raes 8% 8/1/07 Bond(Y) | | | | | | | | | |
| 601. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | J | T | Open | 10/1 | J | | |
| 602. Brokerage Account #16 | | | | | | | | | |
| 603. -Advisory's Inner Circle Cambiar Opportunity FD INVT CL | | None | | | Sold | 2/1 | K | | |
| 604. -AllianceBernstein Intl Value Fund CL A | | None | J | T | Sold (part) | 10/10 | J | | |
| 605. - Alpine International Real Estate Equity Fund | | None | J | T | Buy | 2/1 | K | | |
| 606. - Baron Asset Fd I Opportunity Fund | | None | J | T | Buy | 2/1 | K | | |
| 607. | | | | | Sold (part) | 10/10 | K | | |
| 608. - Blackrock New York Muni Fund Cl A | A | Dividend | L | T | Buy | 11/04 | L | | |
| 609. - Columbia FDS SER TR Small Cap Value II FD | A | Dividend | J | T | Buy | 2/1 | K | | |
| 610. | | | | | Sold (part) | 10/10 | J | | |
| 611. -Columbia Select Small Cap (Formerly Excelsior Fd Small Cap) | A | Dividend | J | T | Buy | 2/1 | K | | See Note in Part VIII |
| 612. | | | | | Sold (part) | 10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. -Causeway International Value Fund Investor Class | B | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 614. - Cullen High Dividend Equity Fund | A | Dividend | K | T | Buy | 2/1 | K | | |
| 615. | | | | | Sold (part) | 10/10 | K | | |
| 616. -Davis New York Venture Fund Inc.-CL A | A | Dividend | J | T | Sold (part) | 10/10 | K | | |
| 617. -Forward Hoover SmallCap Equity Fund | | None | | | Sold | 2/1 | L | | |
| 618. -Harding Loevner Funds Inc. Emerging Markets Portfolio | A | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 619. -Reserve Tax Exempt Trust Interstate Tax Exempt | A | Dividend | | | Closed | 10/1 | M | | |
| 620. -Ishares Trust MSCI EAFE Index Fund | B | Dividend | J | T | Sold (part) | 2/1 | K | | |
| 621. | | | | | Sold (part) | 10/10 | K | | |
| 622. -Ishares TR Russel MidCap Value Index FD | A | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 623. -Ishares TR Russel MidCap Growth Index FD | | None | | | Sold | 2/1 | L | | |
| 624. -Ishares Trust Russel 1000 Value Index FD | A | Dividend | J | T | Sold (part) | 2/1 | K | | |
| 625. | | | | | Sold (part) | 10/10 | J | | |
| 626. -Ishares Trust Russel 1000 Growth Index FD | A | Dividend | J | T | Sold (part) | 2/1 | K | | |
| 627. | | | | | Sold (part) | 10/10 | J | | |
| 628. -Ishares Trust Russel 2000 Value Index Fund | A | Dividend | J | T | Sold (part) | 2/1 | L | | |
| 629. -Ishares Trust Russel 2000 Index FD | A | Dividend | J | T | Buy | 2/1 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 10/10 | J | | |
| 631. - ING Mutual Fund Global Real Estate Fund CL A | A | Dividend | J | T | Buy | 2/1 | K | | |
| 632. | | | | | Sold (part) | 10/10 | J | | |
| 633. - Janus Adviser Ser Forty Fund Cl S | A | Dividend | J | T | Buy | 2/1 | K | | |
| 634. | | | | | Sold (part) | 10/10 | J | | |
| 635. - Jennison Mid Cap Growth Fd Inc CL A | | None | J | T | Buy | 2/1 | K | | |
| 636. | | | | | Sold (part) | 10/10 | K | | |
| 637. - JP Morgan Clearing Corp | A | Interest | M | T | Open | 10/1 | M | | |
| 638. - Keeley Small Cap Value FD CL A | | None | J | T | Buy | 2/1 | K | | |
| 639. | | | | | Sold (part) | 10/10 | J | | |
| 640. -JPMorgan TR I Intl Equity FD CL A | D | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 641. -JPMorgan TR II US Real Estate FD CL A | | None | | | Sold | 2/1 | K | | |
| 642. -Lazard Emerging Markets Port Open SHS | B | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 643. -Legg Mason Partners Aggressive Growth FD Inc. CL A | A | Dividend | K | T | Buy | 2/1 | J | | |
| 644. | | | | | Sold (part) | 10/10 | K | | |
| 645. - Legg Mason Partners Managed Muns Fund | | None | K | T | Buy | 11/4 | K | | |
| 646. - Oppenheimer Value FD CL A Dividend Re invested · | A | Dividend | J | T | Buy | 2/1 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 10/10 | K | | |
| 648. -Oppenheimer International Growth Fund- CL A | A | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 649. - Royce Fund Value Plus Fund Services | A | Dividend | J | T | Buy | 2/1 | K | | |
| 650. | | | | | Sold (part) | 10/10 | J | | |
| 651. -Thornburg Intl Value Fund CL A | A | Dividend | J | T | Sold (part) | 10/10 | K | | |
| 652. - Thornburg INVT TR Core Growth Fund | | None | J | T | Buy | 2/1 | K | | |
| 653. | | | | | Sold (part) | 10/10 | K | | |
| 654. -Touchstone Sands Capital Select Growth Fund CL Z | | None | | | Sold | 2/1 | L | A | |
| 655. - Wells Fargo Advtg Intermdt tax/amt-free Fund | A | Dividend | K | T | Buy | 11/4 | K | | |
| 656. Brokerage Statement #17 | | | | | | | | | |
| 657. - Alpine International Real Estate Equity Fund-CL | | None | J | T | Buy | 2/4 | K | | |
| 658. -Advisor's Inner Circle Cambiar Opportunity FD INVT CL. | | None | | | Sold | 2/1 | K | | |
| 659. -AllianceBernstein Intl Value Fund CL A | | None | J | T | Sold (part) | 10/10 | J | | |
| 660. - Baron Asset Fund Iopportunity Fund | | None | | | Buy | 2/4 | K | | |
| 661. | | | | | Sold | 10/10 | K | | |
| 662. - Blackrock New York Muni Fund CL A | A | Dividend | L | T | Buy | 11/4 | L | | |
| 663. - Columbia FDS SER TR Small Cap Value I I FD CL A | A | Dividend | J | T | Buy | 2/4 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 10/10 | J | | |
| 665. -Columbia Select Small Cap (Formerly Excelsior Fd Small Cap) | A | Dividend | J | T | Buy | 2/4 | K | | See Note in Part VIII |
| 666. | | | | | Sold (part) | 10/10 | J | | |
| 667. -Cullen High Dividend Equity Fund | B | Dividend | K | T | Buy | 2/4 | K | | |
| 668. | | | | | Sold (part) | 10/10 | K | | |
| 669. -Causeway International Value Fund Investor Class | B | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 670. -Davis New York Venture Fund Inc.-CL A | A | Dividend | J | T | Sold (part) | 10/10 | K | | |
| 671. -Forward Hoover Small Cap Equity Fund | | None | | | Sold | 2/1 | L | | |
| 672. -Harding Loevner Funds Inc. Emerging Market Portfolio | A | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 673. -Ishares Trust MSCI EAFE Index Fund | B | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 674. -Ishares TR Russell MidCap Value Index FD | A | Dividend | J | T | Sold (part) | 2/4 | K | | |
| 675. | | | | | Sold (part) | 10/10 | J | | |
| 676. -Ishares TR Russell MidCap Growth Index FD | | None | | | Sold | 2/1 | L | | |
| 677. -Ishare Trust Russell 1000 Value Index FD | A | Dividend | J | T | Sold (part) | 2/4 | K | | |
| 678. | | | | | Sold (part) | 10/10 | J | | |
| 679. -Ishares Trust Russell 1000 Growth Index FD | A | Dividend | J | T | Sold (part) | 2/4 | K | | |
| 680. | | | | | Sold (part) | 10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | | | Closed | 10/1 | M | | |
| 682. -Ishares Trust Russell 2000 Value Index Fund | | None | | | Sold | 2/1 | L | | |
| 683. -Ishares Trust Russell 2000 Index Fd | A | Dividend | J | T | Buy | 2/4 | K | | |
| 684. | | | | | Sold (part) | 10/10 | J | | |
| 685. -ING Mutual Funds Global Real Estate | A | Dividend | J | T | Buy | 2/4 | K | | |
| 686. | | | | | Sold (part) | 10/10 | J | | |
| 687. -JP Morgan Clearing Corp | A | Interest | M | T | Open | 10/1 | M | | |
| 688. -JPMorgan TR I Intl Equity FD CL A | D | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 689. -JP Morgan TR II US Real Estate FD CL A | | None | | | Sold | 2/1 | K | | |
| 690. -Janus Adviser Ser Forty Fund Class S | A | Dividend | J | T | Buy | 2/4 | K | | |
| 691. | | | | | Sold (part) | 10/10 | K | | |
| 692. -Jennison Mid Cap Growth Fd Inc CL A | | None | K | T | Buy | 2/4 | K | | |
| 693. | | | | | Sold (part) | 10/10 | J | | |
| 694. -Keeley Small Cap Value Fd | | None | J | T | Buy | 2/4 | K | | |
| 695. | | | | | Sold (part) | 10/10 | J | | |
| 696. -Lazard Emerging Markets Port Open SHS | B | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 697. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | None | K | T | Buy | 2/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 10/10 | J | | |
| 699. -Legg Mason Partners Manged Muns FD Inc CL A | A | Dividend | K | T | Buy | 11/4 | K | | |
| 700. -Oppenheimer International Growth Fund -CL A | A | Dividend | J | T | Sold (part) | 10/10 | J | | |
| 701. -Oppenheimer Value FD CL A | A | Dividend | J | T | Buy | 2/4 | K | | |
| 702. | | | | | Sold (part) | 10/10 | K | | |
| 703. -Royce Fund Value Plus Fund Service CL | A | Dividend | J | T | Buy | 2/4 | K | | |
| 704. | | | | | Sold (part) | 10/10 | J | | |
| 705. -Thornburg Intl Value Fund CL A | A | Dividend | J | T | Sold (part) | 10/10 | K | | |
| 706. -Thornburg Invt TR Core Growth Fund CL A | | None | J | T | Buy | 2/4 | K | | |
| 707. | | | | | Sold (part) | 10/10 | J | | |
| 708. -Touchstone Sands Capital Select Growth Fund CL Z | | None | | | Sold | 2/1 | K | | |
| 709. -Wells Fargo Advtg Intermdt Tax/Amt | A | Dividend | K | T | Buy | 11/4 | K | | |
| 710. -Goldman Sachs Tollkeeper fund | | None | J | T | | | | | |
| 711. IRA #1 | E | Int./Div. | O | T | | | | | |
| 712. -Ishares TR Russell MidCap Value Index FD | | | | | Sold (part) | 2/1 | J | | |
| 713. | | | | | Sold | 10/10 | K | | |
| 714. -Ishares TR Russell MidCap Growth Index FD | | | | | Sold | 2/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05.15.2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  -Ishares Trust Barclays 1-3 YR Trea(Formerly Ishares Tr 1-3) | | | | | | | | | see note in Part VIII |
| 716.  -Ishares Trust Barclays US Aggr(Formerly Ishares Tr Lehman) | | | | | Sold (part) | 2/1 | K | | see note in Part VIII |
| 717.  - Ishares Trust MSCI Emerging Markets Index Fund (ETFS)(Y) | | | | | | | | | |
| 718.  - Ishares Trust MSCI EAFE Index Fund (ETFS)(Y) | | | | | | | | | |
| 719.  - Ishares Trust Russell Midcap Index Fd (ETFS)(Y) | | | | | | | | | |
| 720.  - Ishares Trust Russell 1000 Value Index Fd (ETFS) | | | | | Sold (part) | 10/10 | J | | |
| 721.  - Ishares Trust Russell 1000 Growth Index Fd (ETFS) | | | | | Sold (part) | 2/1 | K | | |
| 722. | | | | | Sold (part) | 10/10 | J | | |
| 723.  - Ishares Trust Russell 2000 Value Index Fund (ETFS) | | | | | Sold | 2/1 | K | | |
| 724.  Ishares Trust Russell 2000 Index FD | | | | | Buy | 2/1 | K | | |
| 725. | | | | | Sold (part) | 10/10 | J | | |
| 726.  - Ishares Trust Russell 2000 Growth Index Fund (ETFS)(Y) | | | | | | | | | |
| 727.  - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 728.  -AllianceBernstein Intl Value Fund CL A | | | | | Sold (part) | 10/10 | J | | |
| 729.  -Advisor's Inner Circle Cambiar Opportunity FD INVT CL | | | | | Sold | 2/1 | K | | |
| 730.  -Baron Asset Fd Iopportunity Fund | | | | | Buy | 2/1 | K | | |
| 731. | | | | | Sold (part) | 10/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05.15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. -Causeway International Value Fund Investor Class | | | | | Sold (part) | 10/10 | J | | |
| 733. -Cullen High Dividend Equity Fund | | | | | Buy | 2/1 | K | | |
| 734. | | | | | Sold (part) | 10/10 | K | | |
| 735. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | Buy | 2/1 | J | | |
| 736. -Columbia Select Small Cap CL Z | | | | | Buy | 2/1 | K | | |
| 737. | | | | | Sold (part) | 10/10 | J | | |
| 738. -Davis New York Venture Fund Inc.-CL A | | | | | Sold (part) | 10/10 | J | | |
| 739. -DJ Wilshire REIT ETFS (formerly street Tracks Wilshire )(Y) | | | | | | | | | |
| 740. -Harding Loevner Funds Inc. Emerging Market Portfolio | | | | | | | | | |
| 741. -ING Mutual Funds Global Real Estate Fund CL A | | | | | Sold (part) | 10/10 | J | | |
| 742. -Janus Adviser Ser Forty Fund Class S Dividend Reinvested | | | | | Buy | 2/1 | K | | |
| 743. | | | | | Sold (part) | 10/10 | J | | |
| 744. -Jennison Small CO FD Inc. CL A | | | | | Sold | 2/1 | K | | |
| 745. -Jennison Mid Cap Growth Fd Inc CL A | | | | | Buy | 2/1 | K | | |
| 746. | | | | | Sold (part) | 10/10 | J | | |
| 747. -JPMorgan TR I Intl Equity FD CL A | | | | | Sold (part) | 10/10 | J | | |
| 748. -Keeley Small Cap Value Fd CL A | | | | | Buy | 2/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15.2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Lazard Emerging Markets Port Open SHS | | | | | Sold (part) | 10/10 | J | | |
| 750. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | | | | Sold (part) | 10/10 | J | | |
| 751. -Oppenheimer Value Fd CL A Dividend Rei nvested | | | | | Buy | 2/1 | K | | |
| 752. | | | | | Sold (part) | 10/10 | J | | |
| 753. -Oppenheimer International Growth Fund -CL A | | | | | Sold (part) | 10/10 | J | | |
| 754. -Oppenheimer International Bond Fund-CL A | | | | | Sold (part) | 2/1 | J | | |
| 755. -Royce Fund Value Plus Fund Service CL | | | | | Buy | 2/1 | J | | |
| 756. -SPDR SER TR DJ Wilshire (formerly Stre etTRACKS Wilshire)(Y) | | | | | | | | | |
| 757. -Thornburg Intl Value Fund | | | | | Sold (part) | 10/10 | J | | |
| 758. -Touchstone Sands Capital Select Growth Fund CL Z | | | | | Sold (part) | 10/10 | J | | |
| 759. IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 760. -Ishares TR Russel MidCap Value Index FD | | | | | Sold (part) | 2/1 | J | | |
| 761. | | | | | Sold (part) | 10/10 | J | | |
| 762. -Ishares TR Russell MidCap Growth Index FD | | | | | Sold | 2/1 | L | | |
| 763. -Ishares Trust Barclays 1-3 YR Trea(Former ly Ishares Tr 1-3) | | | | | | | | | see note in Part VIII |
| 764. -Ishares Trust Barclays US Aggr(Formerly I shares Tr Lehman) | | | | | Sold (part) | 2/1 | L | B | see note in Part VIII |
| 765. - Ishares Trust MSCI Emerging Markets I ndex Fund (ETFS)(Y) | | | | | | | | | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - IsharesTrust MSCI EAFE Index Fund (ETFS)(Y) | | | | | | | | | |
| 767. - IsharesTrust Russell Midcap Index Fd (ETFS)(Y) | | | | | | | | | |
| 768. - Ishares Trust Russell 1000 Value Index FD (ETFS) | | | | | Sold (part) | 10/10 | J | | |
| 769. - Ishares Trust Russell 1000 Growth Index Fd (ETFS) | | | | | Sold (part) | 2/1 | K | | |
| 770. | | | | | Sold (part) | 10/10 | J | | |
| 771. -Ishares Trust Russell 2000 Value Index Fund | | | | | Sold | 2/1 | L | | |
| 772. -Ishares Trust Russell 2000 Indx Fd | | | | | Buy | 2/1 | K | | |
| 773. | | | | | Sold (part) | 10/10 | J | | |
| 774. - Ishares Trust Russell 2000 Growth Index Fund (ETFS)(Y) | | | | | | | | | |
| 775. -Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 776. -AllianceBernstein Intl Value Fund CL A | | | | | Sold (part) | 10/10 | J | | |
| 777. -Advisor's Inner Circle Cambiar Opportunity FD INVT CL | | | | | Sold | 2/1 | K | | |
| 778. -Baron Asset Fd I Opportunity Fund | | | | | Buy | 2/1 | K | | |
| 779. | | | | | Sold (part) | 10/10 | J | | |
| 780. -Causeway Internal Value Fund Investor Class | | | | | Sold (part) | 10/10 | J | | |
| 781. -Cullen High Dividend Equity Fund | | | | | Buy | 2/1 | K | | |
| 782. | | | | | Sold (part) | 10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | Buy | 2/1 | J | | |
| 784. -Columbia Select Small Cap CL Z | | | | | Buy | 2/1 | K | | |
| 785. | | | | | Sold (part) | 10/10 | J | | |
| 786. -Davis New York Venture Fund Inc.-CL A | | | | | Sold (part) | 10/10 | J | | |
| 787. -Harding Loevner Fund Inc. Emerging Markets Portfolio | | | | | | | | | |
| 788. -ING Mutual Funds Global Real Estate Fund CL A | | | | | Sold (part) | 10/10 | J | | |
| 789. -Janus Adviser SER Forty Fund Class S Dividend REinvested | | | | | Buy | 2/1 | K | | |
| 790. | | | | | Sold (part) | 10/10 | J | | |
| 791. -Jennison Small Co FD Inc. CL A | | | | | Sold | 2/1 | K | | |
| 792. -Jennison Mid Cap Growth Fd Inc CL A | | | | | Buy | 2/1 | K | | |
| 793. | | | | | Sold (part) | 10/10 | J | | |
| 794. -JPMorgan TR I Intl Equity FD CL A | | | | | Sold (part) | 10/10 | J | | |
| 795. -Lazard Emerging Markets Port Open SHS | | | | | Sold (part) | 10/10 | J | | |
| 796. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | | | | Sold (part) | 10/10 | J | | |
| 797. -Oppenheimer Value Fd CL A | | | | | Buy | 2/1 | K | | |
| 798. | | | | | Sold (part) | 10/10 | J | | |
| 799. -Oppenheimer International Grwoth Fund- CL A | | | | | Sold (part) | 10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Oppenheimer International Bond Fund-CL A | | | | | Sold (part) | 2/1 | J | A | |
| 801. -Royce Fd Total Return Fd Consultant Dividend Reinvested | | | | | Buy | 2/1 | J | | |
| 802. -Royce Fund Value Plus Fund Service | | | | | Buy | 2/1 | J | | |
| 803. -Thornburg Intl Value Fund CL A | | | | | Sold (part) | 10/10 | J | | |
| 804. -SPDR SER TR DJ Wilshire (formerly StreetTRACKS Wilshire)(Y) | | | | | | | | | |
| 805. -Touchstone Sands Capital Select Growth Fund CL Z | | | | | Sold (part) | 10/10 | K | | |
| 806. Retirement Plan for Partners #1 | None | | | | | | | | |
| 807. - Lehman Ishares Bond Fund(Y) | | | | | | | | | |
| 808. - Bernstein Equity Fund(Y) | | | | | | | | | |
| 809. - Westfield Capital (formerly Baird Capital Fund)(Y) | | | | | | | | | |
| 810. - C.S. Mc Kee, L.P. Fund(Y) | | | | | | | | | |
| 811. - Cramer rosenthal Mc Glynn (formerly Private Capital)(Y) | | | | | | | | | |
| 812. - Brandes Investment Partners Fund(Y) | | | | | | | | | |
| 813. - Timessquare Capital (formerly Calamos Investment Mgmt)(Y) | | | | | | | | | |
| 814. - Allegiance Capital Fund(Y) | | | | | | | | | |
| 815. - Receivable Fund(Y) | | | | | | | | | |
| 816. Retirement Plan for Partners #2 | None | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. - Lehman Ishares Bond Fund(Y) | | | | | | | | | |
| 818. - Bernstein Equity Fund(Y) | | | | | | | | | |
| 819. - Westfield Capital (formerly Baird Capital Fund)(Y) | | | | | | | | | |
| 820. - C.S. Mc Kee, L.P. Fund(Y) | | | | | | | | | |
| 821. - Cramer rosenthal Mc Glynn (formerl Capital Mgmt )(Y) | | | | | | | | | |
| 822. - Brandes Investment Partners Fund(Y) | | | | | | | | | |
| 823. - Timessquare Capital (formerly Calamos Investment Mgmt )(Y) | | | | | | | | | |
| 824. - Allegiance Capital Fund(Y) | | | | | | | | | |
| 825. - Receivable Fund(Y) | | | | | | | | | |
| 826. Retirement Plan for Partners #3 | B | Int./Div. | K | T | | | | | |
| 827. - Fidelity Retire MMKT | | | | | | | | | |
| 828. - FID Freedom 2025 | | | | | Open | 1/1 | J | | |
| 829. Profit Sharing Plan for Partner #1 | | None | | | | | | | |
| 830. - Lehman Ishares Bond Fund(Y) | | | | | | | | | |
| 831. - Bernstein Equity Fund(Y) | | | | | | | | | |
| 832. - Westfield Capital (formerly Baird Capital Fund)(Y) | | | | | | | | | |
| 833. - C.S. Mc Kee, L.P. Fund(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. - Cramer rosenthal Mc Glynn (formerly Private Capital )(Y) | | | | | | | | | |
| 835. - Brandes Investment Partners Fund(Y) | | | | | | | | | |
| 836. - Timessquare Capital (formerly Calamos Investment Mgmt )(Y) | | | | | | | | | |
| 837. - Allegiance Capital Fund(Y) | | | | | | | | | |
| 838. Profit Sharing Plan for Partner #2 | None | | | | | | | | |
| 839. - Lehman Ishares Bond Fund(Y) | | | | | | | | | |
| 840. - Bernstein Equity Fund(Y) | | | | | | | | | |
| 841. - Westfield Capital (formerly Baird Capital Fund)(Y) | | | | | | | | | |
| 842. - C.S. Mc Kee, L.P. Fund(Y) | | | | | | | | | |
| 843. - Cramer rosenthal Mc Glynn (formerly Private Capital)(Y) | | | | | | | | | |
| 844. - Brandes Investment Partners Fund(Y) | | | | | | | | | |
| 845. - Timessquare Capital (formerly Calamos Investment Mgmt )(Y) | | | | | | | | | |
| 846. - Allegiance Capital Fund(Y) | | | | | | | | | |
| 847. - Receivable Fund(Y) | | | | | | | | | |
| 848. College Access 529 Plan #1 | | | | | | | | | |
| 849. -Portfolio 004(Y) | | | | | | | | | |
| 850. College Access 529 Plan #2 | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                  P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Portfolio 005 | | None | L | T | | | | | |
| 852. IRS Federal Income Tax Receivable | | None | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 6: The asset of "GMAC Bank" not reflected in 2007 report as its income and value were below the threshold

2) Part VII, page 28, line 409; page 46, line 715; page 48, line 763: The name of asset of "Ishares Trust 1-3 YR Treasury Index Fund" was changed to "Ishares Trust Barclays 1-3 YR Treasury Bond Fund".

3) Part VII, page 39, line 611; page 43, line 665: The name of asset of "Excelsior Fund Small Cap" was changed to "Columbia Select Small Cap Fund".

4) Part VII, page 46, line 716; page 48, line 764: The name of asset of "Ishares Trust Lehman Aggregate Bond Fund" was changed to "Ishares Trust Barclays U S Aggr Bond Fund".

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/6/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI[ ]AY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544